```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 TARIK LONZY DIXON,

                    Plaintiff,             MEMORANDUM & ORDER
                                            20-CV-4660 (EK)(VMS)
           -against-

 UNITED STATES OF AMERICA, et al.,

                    Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Scanlon's Report and Recommendation (R&R) dated October 3, 2025. ECF No. 111. Judge Scanlon recommends that Plaintiff's application for approval of the parties' proposed settlement be construed as a motion for an infant compromise, and that the motion be denied without prejudice. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Scanlon's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, Plaintiff's application for approval of the proposed settlement is denied without prejudice. Given their compliance with the other

instructions, to renew their motion for an infant compromise, the parties must comply with the following: Within 30 days of the Court's receipt of the letter stating that N.M.'s and A.G.'s guardians, through counsel, will participate in the settlement proceedings, the parties must file a renewed infant compromise motion with, inter alia, the following additional information: (1) a proposed allocation of the settlement funds between Plaintiff's wrongful-death claims and personal-injury claims; (2) affidavits from the infants' guardians or guardians *ad litem*, as to the reasonableness of the proposed settlement, including the allocation and distribution, in compliance with N.Y. C.P.L.R. §§ 1207, 1208; (3) detailed information as to the proposed distribution to each infant beneficiary; and (4) other reasons why the proposed settlement is reasonable and should be approved.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   December 17, 2025
         Brooklyn, New York